**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

PAM ROSS,

        Plaintiff,

vs.

STATE OF NEVADA ex rel DEPARTMENT OF HEALTH AND HUMAN SERVICES,

        Defendant.

2:16-cv-00706-JAD-CWH

**MINUTE ORDER**

        This case has been referred to the undersigned Magistrate Judge to conduct an early neutral evaluation. (ECF No. 18).

        Accordingly,

        IT IS HEREBY ORDERED that a telephonic status hearing, to discuss whether there is a need for an ENE, is scheduled for 1:00 p.m., August 12, 2016. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

        DATED this 3rd day of August, 2016.

        _____

        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE