KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAM ROSS, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA ex rel., DEPARTMENT OF HEALTH AND HUMAN SERVICES, a Nevada state agency; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, <br><br> Defendant. | 2:16-cv-00706-JAD-CWH <br><br><br> ECF No. 29 |

**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, PAM ROSS, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, above-named, by and through its undersigned counsel, LINDA C. ANDERSON, Deputy Attorney General, that the above-entitled matter shall be dismissed with prejudice and each side shall bear its own attorney's fees and costs.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 2/9/17

/s/Linda C. Anderson
LINDA C. ANDERSON
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3077
Attorney for Defendant

Dated: 2/9/17

**IT IS SO ORDERED**.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Judge   2-9-17